# Order

**Michigan Supreme Court**
**Lansing, Michigan**

August 12, 2016

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

154027(56)

PEOPLE OF THE STATE OF MICHIGAN,
          Plaintiff-Appellee,

v

CURTIS DICKERSON,
          Defendant-Appellant.

_____/

SC:  154027
COA:  324993
Wayne CC:  14-006051-FC

On order of the Chief Justice, the motion of defendant-appellant to extend the time for filing its reply is GRANTED.  The reply submitted on August 8, 2016, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

August 12, 2016

Clerk